IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TERRY ANGELO FRAZIER,<br><br>            Defendant. | **4:02CR3110**<br><br>**DETENTION ORDER** |

    Defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the information contained in the court's records, and upon the recommendation from his supervising officer that the results of a mental health and substance abuse evaluation are needed before considering whether and which treatment options will best address and limit the risks posed by Defendant's release.

    IT IS ORDERED:

1)     The above-named defendant shall be detained until further order.

2)     Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

August 29, 2018.

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge