IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:02-CR-3110 |
| vs. | |
| TERRY ANGELO FRAZIER, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 149) the petition for offender under supervision (filing 128).

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 149) is granted.

2. The petition for offender under supervision (filing 128) is dismissed.

Dated this 15th day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge